DILLINGHAM & MURPHY, LLP
WILLIAM GAUS (SBN 054999)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Plaintiff
MICHAEL DRUMM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DRUMM,<br><br>    Plaintiff,<br><br>    v.<br><br>MORNINGSTAR, INC. and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. CV 08-3362 TEH<br><br>**DEMAND FOR JURY TRIAL BY PLAINTIFF MICHAEL DRUMM** |

**JURY TRIAL DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff MICHAEL DRUMM demands a jury trial on all issues.

Dated: July 16, 2008                DILLINGHAM & MURPHY, LLP
                                    WILLIAM GAUS
                                    BARBARA L. HARRIS CHIANG


                            By:   /s/_____
                                  Attorneys for Plaintiff
                                  MICHAEL DRUMM

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Page 1 – Case No. CV 08-3362 TEH
DEMAND FOR JURY TRIAL BY PLAINTIFF MICHAEL DRUMM