1  DILLINGHAM & MURPHY, LLP
   WILLIAM GAUS (SBN 054999)
2  BARBARA L. HARRIS CHIANG (SBN 206892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300

5  Attorneys for Plaintiff
   MICHAEL DRUMM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DRUMM, | Case No. CV 08-3362 TEH |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF MICHAEL DRUMM** |
| v. | |
| MORNINGSTAR, INC. and DOES 1-10, INCLUSIVE, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 16, 2008           DILLINGHAM & MURPHY, LLP
                               WILLIAM GAUS
                               BARBARA L. HARRIS CHIANG


                      By:   /s/_____
                            Attorneys for Plaintiff
                            MICHAEL DRUMM

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.