COOK │ ROOS │ WILBUR │ THOMPSON LLP
MICHAEL E. WILBUR, CBN 152361
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:      415-362-7071
Facsimile:      415-362-7073

Attorneys for Defendant
MORNINGSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MICHAEL DRUMM, | Case No.:  CV 08-03362 TEH |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY MAIL OF ELECTRONIC FILING PACKET** |
| MORNINGSTAR, INC. and DOES 1-10 inclusive, | |
| Defendants. | |

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18, and not a party to the action.  I am employed in the City and County of San Francisco, State of California, in which county the within-mentioned mailing occurred.  My business address is that of Cook │ Roos │ Wilbur │ Thompson LLP, 221 Main Street, Suite 1600, San Francisco, California 94105.

On July 14, 2008, I served a true copy of the following documents:

1.      Order Setting Initial Case Management Conference and ADR Deadlines;

2.      ECF Registration Information Handout;

3.      Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

4.      Welcome to the U.S. District Court, San Francisco; and

5.      Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California.

1

by placing them in a sealed envelope and depositing it in the United States mail, first class postage

fully prepaid, addressed to the following:

> William Gaus
> Barbara L. Harris Chiang
> Dillingham & Murphy LLP
> 225 Bush Street, 6th Floor
> San Francisco, CA  94104-4207

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 14,

2008 at San Francisco, California.

                                        _____
                                                 Sandra Savage

PROOF OF SERVICE BY MAIL