UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL DRUMM

Plaintiff(s),

v.

MORNINGSTAR, INC. and DOES 1-10 inclusive

Defendant(s).

CASE NO. 3:08-cv-03362

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Staci Ketay Rotman                  , an active member in good standing of the bar of the State of Illinois and the U.S.D.C. of N.D. Ill.    whose business address and telephone number (particular court to which applicant is admitted) is

Clerk of the Illinois Supreme Court, Supreme Court Building, (217) 782-2035
United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, (312) 435-5670

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge
Thelton E. Henderson