1  COOK | ROOS | WILBUR | THOMPSON LLP
   MICHAEL E. WILBUR, CBN 152361
2  221 Main Street, Suite 1600
   San Francisco, California 94105
3  Telephone:  415-362-7071
   Facsimile:   415-362-7073
4
   Attorneys for Defendant
5  MORNINGSTAR, INC.

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  MICHAEL DRUMM,                    ) Case No.: CV 08-03362 TEH
                                      )
13           Plaintiff,               )
                                      ) **PROOF OF SERVICE BY MAIL OF**
14      v.                            ) **APPLICATIONS FOR ADMISSION OF**
                                      ) **ATTORNEY *PRO HAC VICE***
15  MORNINGSTAR, INC. and DOES 1-10   )
    inclusive,                        )
16                                    )
             Defendants.              )
17  _____ )

18      I, the undersigned, declare that I am, and was at the time of service of the papers herein

19  referred to, over the age of 18, and not a party to the action. I am employed in the City and County of

20  San Francisco, State of California, in which county the within-mentioned mailing occurred. My

21  business address is that of Cook | Roos | Wilbur | Thompson LLP, 221 Main Street, Suite 1600, San

22  Francisco, California 94105.

23      On July 17, 2008, I served a true copy of the following documents:

24      1.   Application for Admission of Attorney [Staci Ketay Rotman] *Pro Hac Vice*;

25      2.   [Proposed] Order Granting Application for Admission of Attorney [Staci Ketay
26           Rotman] *Pro Hac Vice*;

27      3.   Application for Admission of Attorney [Lisa A. McGarrity] *Pro Hac Vice*;

28

1
PROOF OF SERVICE BY MAIL

**ORIGINAL**

1     4.    [Proposed] Order Granting Application for Admission of Attorney [Lisa A. McGarrity] *Pro Hac Vice*

by placing them in a sealed envelope and depositing it in the United States mail, first class postage fully prepaid, addressed to the following:

William Gaus
Barbara L. Harris Chiang
Dillingham & Murphy LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2008 at San Francisco, California.

*[signature]*
Sandra Savage