FRANCZEK SULLIVAN P.C.
Lisa A. McGarrity *Admitted Pro Hac Vice*
Staci Ketay Rotman *Admitted Pro Hac Vice*
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
Telephone: 312-986-0300
Facsimile: 312-986-9192

COOK │ ROOS │ WILBUR │ THOMPSON LLP
MICHAEL E. WILBUR, CBN 152361
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone: 415-362-7071
Facsimile: 415-362-7073

Attorneys for Defendant
MORNINGSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DRUMM, | Case No.: CV 08-03362 TEH |
| Plaintiff, | CERTIFICATE OF INTERESTED PARTIES |
| v. | |
| MORNINGSTAR, INC. and DOES 1-10 inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 4, 2008.

COOK │ ROOS │ WILBUR │ THOMPSON LLP

By /s/ Lisa A. McGarrity
LISA A. McGARRITY
Attorneys for Defendant
MORNINGSTAR, INC.