| | |
|---|---|
| 1 | FRANCZEK SULLIVAN P.C. |
| | Lisa A. McGarrity *Admitted Pro Hac Vice* |
| 2 | Staci Ketay Rotman *Admitted Pro Hac Vice* |
| | 300 South Wacker Drive, Suite 3400 |
| 3 | Chicago, IL  60606 |
| | Telephone:    312-986-0300 |
| 4 | Facsimile:     312-986-9192 |
| 5 | COOK │ ROOS │ WILBUR │ THOMPSON LLP |
| | MICHAEL E. WILBUR, CBN 152361 |
| 6 | 221 Main Street, Suite 1600 |
| | San Francisco, California 94105 |
| 7 | Telephone:    415-362-7071 |
| | Facsimile:     415-362-7073 |
| 8 | |
| | Attorneys for Defendant |
| 9 | MORNINGSTAR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DRUMM, | ) Case No.: CV 08-03362 TEH |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING REQUEST |
| | ) FOR MORNINGSTAR'S LEAD TRIAL |
| v. | ) COUNSEL TO PARTICIPATE IN CASE |
| | ) MANAGEMENT CONFERENCE BY |
| MORNINGSTAR, INC. and DOES 1-10 | ) TELEPHONE |
| inclusive, | ) |
| | ) Case Management Conf.: October 20, 2008 |
| Defendants. | ) |
| | ) |

The Court, having considered the Miscellaneous Administrative Request by Morningstar's lead trial counsel to participate by telephone in the Case Management Conference, and good cause appearing, hereby grants the request of defendant's lead trial counsel, Lisa McGarrity, to participate by telephone in the Case Management Conference scheduled for October 20, 2008.

IT IS SO ORDERED

_____
The Honorable Thelton E. Henderson
United States District Judge

10/8/08

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Thelton E. Henderson]

DRUMM v. MORNINGSTAR, INC.                                                                                         [PROPOSED] ORDER
CASE NO. CV 08-03362 TEH