IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DRUMM,

                Plaintiff,

v.

MORNINGSTAR, INC.,

                Defendant.

NO. C 08-3362 TEH

**ORDER CONTINUING HEARING**

To accommodate the Court's calendar, the hearing on Defendant's Motion for Summary Judgment, which is currently set for July 6, 2009, is hereby CONTINUED to **10 A.M. on July 27, 2009.** As all papers have been filed on this motion, the Court will accept no additional filings.

**IT IS SO ORDERED.**

Dated: June 24, 2009

Thelton E. Henderson
United States District Judge