DILLINGHAM & MURPHY, LLP
WILLIAM GAUS (SBN 054999)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Plaintiff
MICHAEL DRUMM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DRUMM,<br><br>Plaintiff,<br><br>v.<br><br>MORNINGSTAR, INC. and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. CV 08-3362 TEH<br><br>[PROPOSED] **ORDER ALLOWING PLAINTIFF'S USE OF VISUAL PRESENTER EQUIPMENT AT TRIAL** |

IT IS HEREBY ORDERED THAT Plaintiff shall be permitted to bring into the Courtroom for use at trial scheduled for 8:30 a.m. on October 20, 2009 the following equipment:

1. Tripod Screen
2. LCD Data Projector
3. Laptop

IT IS SO ORDERED

Dated: October 19, 2009

_____
Thelton E. Henderson
Judge, United States District Court

Page 1 – Case No. CV 08-3362 TEH
[Proposed] Order Allowing Plaintiff's Use of Visual Presenter Equipment at Trial