DILLINGHAM & MURPHY LLP
William Gaus, CBN 054999
Barbara L. Harris Chiang, CBN 206892
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone: 415-397-2700
Facsimile: 415-397-3300

Attorneys for Plaintiff
MICHAEL DRUMM

FRANCZEK RADELET P.C.
Lisa A. McGarrity *admitted pro hac vice*
Staci Ketay Rotman *admitted pro hac vice*
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
Telephone: 312-986-0300
Facsimile: 312-986-9192

COOK│ROOS│WILBUR LLP
Michael E. Wilbur, CBN 152361
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone: 415-362-7071
Facsimile: 415-362-7073

Attorneys for Defendant
MORNINGSTAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DRUMM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORNINGSTAR, INC. and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. CV 08-3362 TEH<br><br>~~[PROPOSED ORDER]~~ GRANTING JOINT STIPULATION TO CONSOLIDATE HEARING DATES TO JANUARY 11, 2010 FOR THE PARTIES' PENDING POST-JUDGMENT MOTIONS |

Drumm v. Morningstar, Inc.
Case No. CV 08-3362 TEH

**[PROPOSED ORDER]** GRANTING JOINT STIPULATION TO CONSOLIDATE HEARING DATES TO JANUARY 11, 2010 FOR THE PARTIES' PENDING POST-JUDGMENT MOTIONS

420344.1

This matter came before the Court on the parties' joint stipulation to consolidate hearing dates to January 11, 2010 for their pending post-judgment motions. The Court, having considered the joint stipulation and otherwise being fully advised in the premises, will GRANT the stipulation.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1. Oral argument on Defendant's Motion for Attorney's Fees (Dkt. No. 167) shall be heard on January 11, 2010 at 10:00 a.m. Plaintiff's response, if any, to this motion must be filed no later than December 21, 2009. Defendant's reply, if any, in support of this motion must be filed not later than December 28, 2009.

2. Oral argument on Plaintiff's Motion for Attorney's Fees and Costs Pursuant to § 218.5 of the California Labor Code and to Tax Costs Pursuant to Rule 54(d)(1) (Dkt. No. 171) shall be heard on January 11, 2010 at 10:00 a.m. Defendant's response, if any, to this motion must be filed no later than December 21, 2009. Plaintiff's reply, if any, in support of this motion must be filed not later than December 28, 2009.

3. Oral argument on Plaintiff's Motion to Alter or Amend Judgment Under Rule 59(e) or in the Alternative for Judgment as a Matter of Law Under Rule 50 (Dkt. No. 164) shall be heard on January 11, 2010 at 10:00 a.m. Defendant's response, if any, to this motion must be filed no later than December 21, 2009. Plaintiff's reply, if any, in support of this motion must be filed not later than December 28, 2009.

**IT IS SO ORDERED.**

Dated: 12/08/09



THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

Drumm v. Morningstar, Inc.
Case No. CV 08-3362 TEH

1

[PROPOSED ORDER] GRANTING JOINT STIPULATION TO CONSOLIDATE HEARING DATES TO JANUARY 11, 2010 FOR THE PARTIES' PENDING POST-JUDGMENT MOTIONS

420344.1