IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DRUMM,

    Plaintiff,

v.

MORNINGSTAR, INC.,

    Defendant.

NO. C08-03362 TEH

ORDER CONTINUING HEARING

By stipulation of the parties, the Court is scheduled to hear Plaintiff's Motion to Alter or Amend Judgment Under Rule 59(e) or in the Alternative for Judgment as a Matter of Law Under Rule 50, Plaintiff's Motion for Attorneys' Fees and Costs, and Defendant's Motion for Attorney's Fees on January 11, 2010. To accommodate the Court's calendar, the hearing is CONTINUED to Monday, February 1, 2010, at 10:00am.

**IT IS SO ORDERED.**

Dated: 1/4/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT